Forgery, second degree.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

44 So.2d 927

### John Troy WOODRUFF v. STATE.

8 Div. 794.

Court of Appeals of Alabama.

Jan. 24, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Violating prohibition law.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed.

45 So.2d 872

### Johnny Troy WOODRUFF v. STATE.

8 Div. 795.

Court of Appeals of Alabama.

Jan. 31, 1950.

Appeal from Law and Equity Court,

A. A. Carmichael, Atty. Gen., for the State.

Franklin County; W. H. Quillin, Judge.

Driving while intoxicated.

BRICKEN, Presiding Judge.

Appeals dismissed.

48 So.2d 895

### John WOODS v. STATE.

8 Div. 930.

Court of Appeals of Alabama.

Aug. 22, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

49 So.2d 928

### John W. WOODS v. CITY OF JASPER.

6 Div. 53.

Court of Appeals of Alabama.

Nov. 30, 1950.

Appeal from Circuit Court, Walker County; Roy Mayhall, Judge.

PER CURIAM.

Appeal dismissed.

49 So.2d 928

### John W. WOODS v. CITY OF JASPER.

6 Div. 54.

Court of Appeals of Alabama.

Nov. 30, 1950.

Appeal from Circuit Court, Walker County; Roy Mayhall, Judge.

PER CURIAM.

Appeal dismissed.